Robert K. Carroll (CA Bar No. 081277)
Bruce E. Copeland (CA Bar No. 124888)
Stephen G. Schrey (CA Bar No. 062680)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Ph: 415-984-8200
Fax: 415-984-8300
Attorneys for Plaintiff
THE WINE GROUP LLC

Cedric C. Chao (CA Bar No. 76045)
Raymond M. Hasu (CA Bar No. 200058)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Ph: 415-268-7000
Fax: 415-268-7522
Attorneys for Defendant
THE MARK ANTHONY GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ANTHONY GROUP, INC., a British Columbia corporation,<br><br>Defendant. | Case No. CV 11-0519 PJH<br><br>[~~PROPOSED~~] ORDER RE BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT<br><br>Date:      June 29, 2011<br>Time:     9:00 a.m.<br>Location: 1301 Clay Street, 3rd Floor<br>               Courtroom 3<br>               Oakland, CA<br>Judge:    Hon. Phyllis J. Hamilton |

The parties through their respective counsel having on April 15, 2011, entered into the Stipulation [L.R. 6-1(a)] To Establish Briefing and Hearing Schedule Regarding Defendant's Response to Complaint [Doc. No. 12], and good cause appearing,

**IT IS ORDERED THAT:**

1. The time for defendant Mark Anthony Group, Inc. to respond to the Complaint has been

1  extended to April 20, 2011.

2      2. Plaintiff The Wine Group LLC shall file any opposition to the motion to dismiss filed by defendant Mark Anthony Group, Inc. by May 25, 2011, and defendant shall file any reply by June 15, 2011.

    3. The motion to dismiss filed by defendant Mark Anthony Group, Inc. will be heard on June 29, 2011, or on a later date to be set by the Court.

    4. The Case Management Conference now set for May 26, 2011, is hereby vacated and will be re-set after the Court rules on the motion to dismiss, and all attendant due dates for initial meetings and disclosures are also deferred accordingly.

Dated: 5/4/11



_____
UNITED STATES DISTRICT JUDGE

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained by Raymond M. Hasu, counsel for Defendant The Mark Anthony Group, Inc., and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/ Stephen G. Schrey
STEPHEN G. SCHREY
Attorneys for Plaintiff
THE WINE GROUP, LLC