Robert K. Carrol (CA Bar No. 081277)
Bruce E. Copeland (CA Bar No. 124888)
Stephen G. Schrey (CA Bar No. 062680)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Ph: 415-984-8200
Fax: 415-984-8300
Attorneys for Plaintiff
THE WINE GROUP LLC

Cedric C. Chao (CA Bar No. 76045)
Raymond M. Hasu (CA Bar No. 200058)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Ph: 415-268-7000
Fax: 415-268-7522
Attorneys for Defendant
THE MARK ANTHONY GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ANTHONY GROUP, INC., a British Columbia corporation,<br><br>Defendant. | Case No. CV 11-0519 PJH<br><br>**[PROPOSED] ORDER REVISING BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>Date:     June 29, 2011<br>Time:     9:00 a.m.<br>Location: 1301 Clay Street, 3rd Floor<br>              Courtroom 3<br>              Oakland, CA<br>Judge:    Hon. Phyllis J. Hamilton |

The parties through their respective counsel having on May 24, 2011, entered into the Stipulation [L.R. 6-1(a)] To Establish Revised Briefing Schedule Regarding Defendant's Response to Complaint [Doc. No. 12], and good cause appearing,

**IT IS ORDERED THAT:**

Plaintiff The Wine Group LLC will file its opposition to Defendant Mark Anthony Group's Motion to Dismiss the Complaint on May 31, 2011.

Dated: 5/25/11

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained by the undersigned from Cedric C. Chao, counsel for Defendant Mark Anthony Group, Inc., and I will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

/s/
Robert K. Carrol

Attorney for Plaintiff
THE WINE GROUP LLC

[PROPOSED] ORDER REVISING BRIEFING AND HEARING
SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT