1  CEDRIC C. CHAO (CA SBN 76045)
   CChao@mofo.com
2  RAYMOND M. HASU (CA SBN 200058)
   RHasu@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   THE MARK ANTHONY GROUP INC.

   ROBERT K. CARROL (CA SBN 081277)
   rcarrol@nixonpeadoby.com
   BRUCE E. COPELAND (CA SBN 124888)
   bcopeland@nixonpeabody.com
   STEPHEN G. SCHREY (CA SBN 062680)
   sschrey@nixonpeabody.com
   NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
   San Francisco, California  94111-3600
   Telephone:  (415) 984-8200
   Fax:  (415) 984-8300

7  Attorneys for Plaintiff
   THE WINE GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>        v.<br><br>THE MARK ANTHONY GROUP INC., a British Columbia corporation,<br><br>              Defendant. | Case No. CV 11-0519 PJH<br><br>[~~PROPOSED~~] ORDER REVISING BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT<br><br>Date:    July 20, 2011<br>Time:    9:00 a.m.<br>Room:    1, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton |

1  The parties through their respective counsel having on May 27, 2011, entered into a
2  Stipulation [L.R. 6-1(b)] to Establish Revised Briefing and Hearing Schedule Regarding
3  Defendant's Response to Complaint, and good cause appearing,
4  IT IS ORDERED THAT:
5  1.  Plaintiff The Wine Group LLC ("The Wine Group") will file any opposition to
6  Mark Anthony's Motion to Dismiss by June 15, 2011;
7  2.  Defendant Mark Anthony Group Inc. will file any reply in support of its Motion to
8  Dismiss by July 6, 2011;
9  3.  Mark Anthony's Motion to Dismiss will be heard on July 20, 2011.

Dated: __5/31/11_____

_____
HONORABLE PHYLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[PROPOSED] ORDER REVISING BRIEFING AND HEARING      1
SCHEDULE REGARDING DEF.'S RESP. TO COMPLAINT; CASE NO. CV 11-0519 PJH
sf-3000364