| | |
|---|---|
| CEDRIC C. CHAO (CA SBN 76045) | ROBERT K. CARROL (CA SBN 081277) |
| CChao@mofo.com | rcarrol@nixonpeadoby.com |
| RAYMOND M. HASU (CA SBN 200058) | BRUCE E. COPELAND (CA SBN 124888) |
| RHasu@mofo.com | bcopeland@nixonpeabody.com |
| MORRISON & FOERSTER LLP | STEPHEN G. SCHREY (CA SBN 062680) |
| 425 Market Street | sschrey@nixonpeabody.com |
| San Francisco, California  94105-2482 | NIXON PEABODY LLP |
| Telephone: 415.268.7000 | One Embarcadero Center, 18th Floor |
| Facsimile: 415.268.7522 | San Francisco, California  94111-3600 |
| | Telephone:  (415) 984-8200 |
| Attorneys for Defendant | Fax:  (415) 984-8300 |
| THE MARK ANTHONY GROUP INC. | |
| | Attorneys for Plaintiff |
| | THE WINE GROUP LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware limited liability company, <br><br>              Plaintiff, <br><br>      v. <br><br>THE MARK ANTHONY GROUP INC., a British Columbia corporation, <br><br>              Defendant. | Case No. CV 11-0519 PJH <br><br> **[PROPOSED] ORDER REVISING BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT** <br><br> Date:      July 20, 2011 <br> Time:      9:00 a.m. <br> Room:    1, 3rd Floor <br> Judge:    Hon. Phyllis J. Hamilton |

1  The parties through their respective counsel having on June 28, 2011, entered into a
2  Stipulation [L.R. 6-1(b)] to Establish Revised Briefing and Hearing Schedule Regarding
3  Defendant's Response to Complaint, and good cause appearing,
4      IT IS HEREBY ORDERED THAT:
5      1.    Defendant Mark Anthony Group Inc. will file any reply in support of its Motion to
6  Dismiss by July 20, 2011;
7      2.    Mark Anthony's Motion to Dismiss will be heard on August 3, 2011, at 9:00 a.m.
8      IT IS SO ORDERED.

Dated: 7/1/11

HONORABLE PHYLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

[PROPOSED] ORDER REVISING BRIEFING AND HEARING SCHEDULE REGARDING DEF.'S RESP. TO COMPLAINT; CASE NO. CV 11-0519 PJH
sf-3013386

1