| | |
|---|---|
| CEDRIC C. CHAO (CA SBN 76045)<br>CChao@mofo.com<br>RAYMOND M. HASU (CA SBN 200058)<br>RHasu@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>THE MARK ANTHONY GROUP INC. | ROBERT K. CARROL (CA SBN 081277)<br>rcarrol@nixonpeadoby.com<br>BRUCE E. COPELAND (CA SBN 124888)<br>bcopeland@nixonpeabody.com<br>STEPHEN G. SCHREY (CA SBN 062680)<br>sschrey@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, California  94111-3600<br>Telephone:  (415) 984-8200<br>Fax:  (415) 984-8300<br><br>Attorneys for Plaintiff<br>THE WINE GROUP LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE WINE GROUP LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE MARK ANTHONY GROUP INC., a British Columbia corporation,<br><br>                    Defendant. | Case No. CV 11-0519 PJH<br><br>**[PROPOSED]** ORDER REVISING BRIEFING AND HEARING SCHEDULE REGARDING DEFENDANT'S RESPONSE TO COMPLAINT<br><br>Date:        August 3, 2011<br>Time:       9:00 a.m.<br>Room:      1, 3rd Floor<br>Judge:      Hon. Phyllis J. Hamilton |

1 | The parties through their respective counsel having on July 25, 2011, entered into a Stipulation [L.R. 6-1(b)] to Establish Revised Briefing and Hearing Schedule Regarding Defendant's Response to Complaint, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Defendant The Mark Anthony Group will file any reply in support of its Motion to Dismiss the Complaint by August 31, 2011;

2. The Mark Anthony Group's Motion to Dismiss the Complaint will be heard on September 14, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 7/26/11

_____
HONORABLE _____ HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA